

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| **JENNIFER SCHRIEFFER, f/k/a JENNIFER POLK,** | ) ) ) | Cause No. CV 10-02-GF-SEH |
| Plaintiff, | ) ) ) | **ORDER GRANTING** |
| vs. | ) ) ) | **UNOPPOSED MOTION TO DISMISS WITHOUT** |
| **SHERIDAN ELECTRIC CO-OP., INC.,** | ) | **PREJUDICE** |

* * * * * * * * * * * * * * * *

The Plaintiff's Unopposed Motion to Dismiss this matter without prejudice IS GRANTED, and the matter is dismissed WITHOUT PREJUDICE.

DATED this 8th day of April, 2010.

Sam E. Haddon
United States District Judge